**POOLE & SHAFFERY, LLP**
John H. Shaffery (CA Bar No. 160119)
Email: jshaffery@pooleshaffery.com
Rey S. Yang (CA Bar No. 186241)
Email: ryang@pooleshaffery.com
Jaion Chung (CA Bar No. 249772)
Email: jchung@pooleshaffery.com
Sally Hosn (CA Bar No. 276231)
400 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 439-5390 Telephone
(213) 439-0183 Facsimile

Attorneys for Defendant,
W.M. BARR & COMPANY, INC.

*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA DUARTE, an individual, | No. CV 12-6079-GW(JCGx) |
| Plaintiffs, | **ORDER ENTERING STIPULATION OF DISMISSAL** |
| vs. | |
| W.M. BARR & COMPANY, INC., a Tennessee corporation; et al. | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal among plaintiff, MARITZA DUARTE, and defendant, W.M. BARR & COMPANY, INC., entered into by the parties and their attorneys of record on February 26, 2013, and after the finding of GOOD CAUSE, the Court makes the following ORDER:

///

///

-1-

S:\GW\CIVIL\Duarte 12-6079\LA12CV006079GW-O JS-6.wpd
**[PROPOSED]
ORDER ENTERING STIPULATION OF DISMISSAL**

1. The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Pursuant to the parties' request and the Court's inherent power to enforce settlements between the parties, the Court shall continue to retain jurisdiction over the above-captioned action and the parties to enforce the terms of the Settlement Agreement and General Release entered into by the parties on February 4, 2013. *Dacanay v. Mendoza,* 573 F.2d 1075, 1078 (9th Cir. 1978); *see Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381 (1964), 114 S.Ct. 1673, 1677, 1673128 L.Ed.2d 391.

IT IS SO ORDERED:

DATED: March 14, 2013

_____
HON. GEORGE H. WU
DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

-2-

S:\GW\CIVIL\Duarte 12-6079\LA12CV006079GW-O JS-6.wpd

**[PROPOSED] ORDER ENTERING STIPULATION OF DISMISSAL**